UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:12CR082 JCH NAB |
| ) | |
| SEEDRIX BLUMINGBURG, ) | |
| ) | |
| Defendant. ) | |

## NUNC PRO TUNC ORDER AND SPEEDY TRIAL FINDING

This matter is before the Court on Defendant's Motion for Additional Time to File Pretrial Motions [Doc. #30] filed on March 29, 2012. In support of the Motion Defendant stated that:

1. The Government is still receiving information from law enforcement and has not yet provided discovery to Defendant. Assistant United States Attorney Michael Reap told Defendant's attorney that he hoped to be able to provide discovery by March 30, 2012.

2. Defendant will be unable to decide whether to file pretrial motions until he has had an opportunity to review discovery material with his attorney.

3. Defendant's attorney has spoken with Assistant United State Attorney Michael Reap and learned that the Government does not object to the requested extension and continuance.

Defendant requested that the pretrial motion deadline previously set for March 27, 2012 be continued to April 16, 2012 and the evidentiary hearing be continued.

**Speedy Trial Finding:** For the reasons set out in Defendant's motion, the Court finds that to deny Defendant's request for such additional time would deny counsel for Defendant the reasonable time necessary for effective investigation and preparation of pretrial motions, taking

into account the exercise of due diligence, and that the ends of justice served by granting Defendant's request for additional time outweigh the best interest of the public and Defendant in a speedy trial, and therefore, the time granted to Defendant to investigate and properly prepare pretrial motions, or a waiver thereof, is excluded from computation of Defendant's right to a speedy trial pursuant to 18 U.S.C. §§ 3161(c)(1) and 3161(h)(7).

**IT IS HEREBY ORDERED** that Defendant's Motion for Additional Time to File Pretrial Motions [Doc. #30] is **GRANTED.** Defendant shall have to and including **April 16, 2012** to file any pretrial motions or waiver of motions. The government shall have until **April 23, 2012** to respond.

**IT IS FURTHER ORDERED** that the evidentiary hearing set for **April 6, 2012** shall be continued until **April 26, 2012 at 10:00 a.m**.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 3rd day of April, 2012.